# EXHIBIT 1

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 21:07:16 UTC
**Body** Hi, is this available?

**Author** Ron Glizzy (Facebook: 100000939239013)
**Sent** 2023-12-04 23:24:00 UTC
**Body** Yes, are you interested?

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 23:38:40 UTC
**Body** Yes

**Author** Ron Glizzy (Facebook: 100000939239013)
**Sent** 2023-12-07 03:14:18 UTC
**Body** $700

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-07 03:14:37 UTC
**Body** I'll give you a glock for it

**Author** Ron Glizzy (Facebook: 100000939239013)
**Sent** 2023-12-07 03:15:59 UTC
**Body** Bra you hot af

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-07 03:16:48 UTC
**Body** Ima delet that go on my fb page though and go yo my photos ima send you my number

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-07 03:17:00 UTC
**Body** 7164234765

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-01 16:25:17 UTC
**Body** Katie missed your call.

**Author** Katie Dorey (Facebook: 100000876211700)
**Sent** 2023-12-01 16:33:59 UTC
**Body** Cant talk

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-01 19:19:41 UTC
**Body** Got the glock with the 30 clip if you know anyone wanna buy it lmk I'll chop you out

**Author** Katie Dorey (Facebook: 100000876211700)
**Sent** 2023-12-01 19:20:06 UTC
**Body** Ok

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 21:26:56 UTC
**Body** And I got this glock with the 31 round clip

**Author** Mark Kaney (Facebook: 100001547929090)
**Sent** 2023-12-04 21:27:08 UTC
**Body** Broooooo that thing is tight

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 21:27:23 UTC
**Body** On God 🔒🔒🔒🔒🔒🔒

**Author** Mark Kaney (Facebook: 100001547929090)
**Sent** 2023-12-04 21:27:30 UTC
**Body** How much for that one

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 21:27:43 UTC
**Body** 350

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-12-04 21:28:30 UTC
**Body** It's not new if it was I would do more

**Author** Mark Kaney (Facebook: 100001547929090)
**Sent** 2023-12-04 21:28:55 UTC
**Body** Ahhh

**Author** Mark Kaney (Facebook: 100001547929090)
**Sent** 2023-12-04 21:29:11 UTC
**Body** I'll see what I got, I been tryna get myself something

3

**Body**
    Wya

**Author** Kevin Gmb (Facebook: 100058514872468)
  **Sent** 2023-07-23 15:56:26 UTC
**Body** In Bradford

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:56:33 UTC
**Body** Damn

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:56:52 UTC
**Body** When u coming back to buff

**Author** Kevin Gmb (Facebook: 100058514872468)
  **Sent** 2023-07-23 15:56:53 UTC
**Body** I'll be back tm

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:56:58 UTC
**Body** Bet it

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:57:01 UTC
**Body** How much

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:57:58 UTC
**Body** U the the extended to ?

**Author** Zach Lelonek (Facebook: 100090450626435)
  **Sent** 2023-07-23 15:58:18 UTC
**Body** I can give u 750 /800

**Author** Kevin Gmb (Facebook: 100058514872468)
  **Sent** 2023-07-23 15:58:40 UTC
**Body** 800 bc it's new in the box with a dick on it

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-26 17:57:11 UTC
**Body** Help me sell ma glock I'll chop you out

**Author** Zach Lelonek (Facebook: 100090450626435)
**Sent** 2023-06-26 17:57:32 UTC
**Body** Bet how much

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-26 17:57:48 UTC
**Body** 700 lowest 500 but say 700

**Author** Zach Lelonek (Facebook: 100090450626435)
**Sent** 2023-06-26 17:57:58 UTC
**Body** I got u

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-26 17:58:03 UTC
**Body** Copy

**Author** Zach Lelonek (Facebook: 100090450626435)
**Sent** 2023-06-26 17:58:15 UTC
**Body** I'll lyk asap

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-26 17:58:21 UTC
**Body** Copy

**Author** Zach Lelonek (Facebook: 100090450626435)
**Sent** 2023-07-23 15:32:11 UTC
**Body** Yo

**Author** Zach Lelonek (Facebook: 100090450626435)
**Sent** 2023-07-23 15:32:33 UTC
**Body** U stoll trying to get rid of tbt glock

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-07-23 15:46:02 UTC
**Body** Ya I got more

5

**Author** PO Zelly (Facebook: 100064098724810)
**Sent** 2023-10-10 12:20:39 UTC
**Body** This shi goes about 55

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-10-10 15:52:55 UTC
**Body** Wym

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-10-10 15:54:02 UTC
**Body** Lmk I'll grab it today

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-10-10 15:54:16 UTC
**Body** As long as it's valid

**Author** PO Zelly (Facebook: 100064098724810)
**Sent** 2023-10-10 16:13:34 UTC
**Body** How much you want it for?

**Author** PO Zelly (Facebook: 100064098724810)
**Sent** 2023-10-10 16:14:14 UTC
**Body** I'm selling this for 850 when you click my profile you gon see the bike is up for $850

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-10-10 16:15:35 UTC
**Body** Send me yo address if it run good I'll buy it give you $650 and the glock

**Author** PO Zelly (Facebook: 100064098724810)
**Sent** 2023-10-10 16:20:26 UTC
**Body** Alr can you give me dat Glock loaded?

**Author** PO Zelly (Facebook: 100064098724810)
**Sent** 2023-10-10 16:20:46 UTC
**Body** Don't got bullet

6

**Sent** 2023-08-09 14:09:16 UTC
**Body** Imma spin back den

**Author** Cameron Streetz (Facebook: 100087580047234)
**Sent** 2023-08-09 14:09:23 UTC
**Body** Hold that Glock for me

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-08-09 14:09:27 UTC
**Body** You could take that 150 and come out here pay my peoples 50 and buy a gun

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-08-09 14:09:44 UTC
**Body** They always gonna be around brother

**Author** Cameron Streetz (Facebook: 100087580047234)
**Sent** 2023-08-09 14:09:56 UTC
**Body** Bet brother imma hit u Friday

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-08-09 14:15:39 UTC
**Body** You sent 8 photos.
**Attachments** image-963420814869334 (963420814869334)
**Type** image/jpeg
**Size** 53045

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-10 22:51:15 UTC
**Body** Lock me in on YouTube to

**Author** Curry Umbre (Facebook: 100062151454662)
**Sent** 2023-06-10 22:51:27 UTC
**Body** I gotchu my boy

**Author** Curry Umbre (Facebook: 100062151454662)
**Sent** 2023-06-10 22:51:39 UTC
**Body** U got a glock?

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-10 22:52:02 UTC
**Body** Gl but lmk ..naw had one I just sold for 1000

**Author** Curry Umbre (Facebook: 100062151454662)
**Sent** 2023-06-10 22:52:10 UTC
**Body** L

**Author** Curry Umbre (Facebook: 100062151454662)
**Sent** 2023-06-10 22:52:12 UTC
**Body** Oh

**Author** Kevin Gmb (Facebook: 100058514872468)
**Sent** 2023-06-10 22:52:19 UTC
**Body** You sent a photo.
**achments** image-1867007857033506 (1867007857033506)

8